PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
4:19CR00010-001

DOCKET NUMBER (Rec. Court)
2:25 cr 21-GMN

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian William Gattis | UTAH | SOUTHERN |

NAME OF SENTENCING JUDGE
David Judge Middle Nuffer, Senior U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/26/2023 | 12/25/2028 |

**OFFENSE**
Count 3: Possession with Intent to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Gattis is now a resident of Nevada and intends on remaining here for the duration of his supervision.

X FILED      ___ RECEIVED
___ ENTERED  ___ SERVED ON
1/31/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF       UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the       NEVADA       upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

01/29/2025
Date

/s/ David Nuffer
United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE       DISTRICT OF       NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 10, 2025
Effective Date

/s/
United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Brian William Gattis

Case No.: TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

January 30, 2025

TO: United States District Judge

On July 2, 2019, Gattis was sentenced in the District of Utah by the Honorable David Nuffer to 84 months custody followed by 60 months supervised release for committing the offense of Possession with Intent to Distribute Methamphetamine. Gattis is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge David Nuffer, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.01.31 16:43:22 -08'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.01.31 14:38:56 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer